IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PEOPLESSOUTH BANK, a Georgia Banking Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:11cv36-MHT (WO) |
| FARMER & MALONE, P.A., an Alabama Legal Professional Association, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| PEOPLESSOUTH BANK, a Bank Chartered in Georgia, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:11cv176-MHT (WO) |
| ROBERT O. LISENBY, JR., an Individual, et al., | ) ) ) | |
| Defendants. | ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss (doc. no. 77) is granted.

(2) Defendant Plum Creek Timberlands, L.P., and the claims against it are dismissed without prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant Plum Creek Timberlands, L.P., is terminated as a party.

This case is not closed.

DONE, this the 10th day of May, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE