IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PEOPLESSOUTH BANK, a Georgia Banking Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:11cv36-MHT (WO) |
| FARMER & MALONE, P.A., an Alabama Legal Professional Association, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| PEOPLESSOUTH BANK, a Bank Chartered in Georgia, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:11cv176-MHT |
| CHARLES NORTH, an Individual, | ) ) ) | |
| Defendant. | ) | |

ORDER

Based on the representations made on the record on May 22, 2012, it is ORDERED as follows:

(1) The motion to dismiss (doc. no. 92) is granted.

(2) Counts one, two, and three of the complaint in civil action no. 1:11cv176-MHT are dismissed.

(3) Count six (for declaratory judgment) in the counterclaim in civil action no. 1:11cv176-MHT is dismissed.

It is further ORDERED that the following claims are left in this litigation:

(1) Plaintiff PeoplesSouth Bank's claim against defendant Farmer & Malone, P.A., under the Alabama Legal Services Liability Act in civil action no. 1:11cv36-MHT.

(2) Plaintiff PeoplesSouth Bank's guaranty claim against defendant Charles North in civil action no. 1:11cv176-MHT.

(3) All of defendant Charles North's counterclaims, except count six, against plaintiff PeoplesSouth Bank in civil action no. 1:11cv176-MHT.

DONE, this the 23rd day of May, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE