IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PEOPLESSOUTH BANK, a<br>Georgia Banking<br>Corporation, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:11cv36-MHT |
| | ) | (WO) |
| FARMER & MALONE, P.A.,<br>an Alabama Legal<br>Professional Association, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court that judgment is entered in favor of defendant
Farmer & Malone, P.A., and against plaintiff PeoplesSouth
Bank, with plaintiff PeoplesSouth Bank taking nothing by
its complaint.

It is further ORDERED that costs are taxed against
plaintiff PeoplesSouth Bank, for which execution may
issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of June, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE