IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PEOPLESSOUTH BANK, a Georgia Banking Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:11cv36-MHT (WO) |
| FARMER & MALONE, P.A., an Alabama Legal Professional Association, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Farmer & Malone, P.A., and against plaintiff PeoplesSouth Bank, with plaintiff PeoplesSouth Bank taking nothing by its complaint.

It is further ORDERED that costs are taxed against plaintiff PeoplesSouth Bank, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of June, 2012.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE